UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00595-MCS-2   Date: 07/30/2025

Present: The Honorable Jacqueline Chooljian, United States Magistrate Judge

Interpreter N/A   Language N/A

| Kerri Hays | 07/30/2025 | Samuel Diaz |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s) ✓ Present In Custody   Attorneys for Defendants: ✓ Present Retained

Evgenni Tourevski   Brett Greenfield

**Proceedings: Arraignment of Defendant and/or**   Assignment of Case   Appointment of Counsel
Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Mark C. Scarsi.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 09/23/2025 8:30 AM; Status Conference: 09/15/2025 3:00 PM
* The parties are referred to Judge Scarsi's Procedures and Schedules to obtain a copy of the judge's criminal standing order located on the Court's website at www.cacd.uscourts.gov. Judge Scarsi is located in 7C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA   PSAED   PSASA   Initial Appearance/Appointment of Counsel: 00 : 00
    ✓ USMLA   USMED   USMSA   Arraignment: 00 : 03
    Statistics Clerk   Interpreter   Initials of Deputy Clerk: KH by TRB
    ✓ CJA Supervising Attorney   Fiscal