Brett A. Greenfield, SBN 217343
email: brett@818lawgroup.com
Mak Abromson, SBN 234662
email: mak@818lawgroup.com
818 Law Group, LLP
21031 Ventura Blvd, Suite 1101
Woodland Hills, CA 91364-2254
Telephone: (818) 724-7272
Facsimile: (818) 806-4110

Attorneys for Defendant
Evgenni Tourevski

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br><br>vs.<br><br>EVGENNI TOUREVSKI<br>　　　　Defendants. | Case No. 2:25-CR-00595-MCS-2<br><br>STIPULATION TO PERMIT INTERNATIONAL TRAVEL AND FOR RETURN OF PASSPORT<br><br>Date: April 27, 2026<br>Time: 3:00 p.m.<br>Crtrm: 7C |

　　Defendant, EVGENNI TOUREVSKI ("defendant"), both individually and by and through his counsel of record, Brett A. Greenfield, Esq., and Plaintiff, UNITED STATES OF AMERICA, by and through Assistant United States Attorney Samuel José Diaz, stipulate and agree as follows:

1. Defendant Evgenni Tourevski is currently on pretrial release in this matter under conditions set by the Court.

2. United States Pretrial Services Officer Tiffany Rivers is assigned to supervise Mr. Tourevski.

3. Mr. Tourevski respectfully requests permission to travel internationally to Liberia, Costa Rica, for work-related duties as Sourcing and Quality Control Manager for Fresh Yagoda Inc., including the inspection of produce shipments.

4. Mr. Tourevski's proposed travel itinerary is as follows:
   • Departure: December 23, 2025
   Los Angeles (LAX) at 10:15 AM to Liberia, Costa Rica (LIR) at 5:57 PM
   Alaska Airlines Flight 615 – Seat 6F
   • Return: January 18, 2026
   Liberia, Costa Rica (LIR) at 11:20 AM to Los Angeles (LAX) at 3:35 PM

5. The parties jointly request that the Court order Pretrial Services to release Mr. Tourevski's passport to him for the sole purpose of this authorized travel, and that Mr. Tourevski shall return his passport to Pretrial Services no later than 24 hours after his return to the United States, unless otherwise ordered.

6. Pretrial Services Officer Tiffany Rivers has no objection to the requested travel or the temporary release of the passport.

7. All other terms and conditions of Mr. Tourevski's pretrial release shall remain in full force and effect.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: December 1, 2025        /s/ Brett A. Greenfield

                               Brett A. Greenfield
                               818 Law Group
                               Attorney for Defendant
                               Evgenni Tourevski

Dated: December 1, 2025        /s/ Samuel José Diaz

                               Samuel José Diaz
                               Assistant United States Attorney
                               Attorney for Plaintiff
                               United States of America